IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DENNIS C. TIMMERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Timmerman's motion to extend deadline (filing 65) is granted. The defendant shall have until on or before June 30, 2005, to file his sentencing statement and motion for departure. The defendant's sentencing remains scheduled on July 18, 2005, at 1:00 p.m.

DATED this 21st day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge