IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENNIS C. TIMMERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned overlooked the defendant's objections to the presentence report (filing 68) when he issued his tentative findings.

IT IS ORDERED that:

(1) The defendant's objections to the presentence report (filing 68) will be resolved at sentencing.

(2) Defendant Timmerman's evidentiary hearing and sentencing before the undersigned United States district judge are rescheduled to **12:30-1:30 p.m.** on Monday, July 18, 2005, in Courtroom No. 1, Robert V. Denney Federal Building and Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 11, 2005.                        BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge