IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:04CR3004 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| DENNIS C. TIMMERMAN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Federal Public Defender David R. Stickman's motion to withdraw as attorney (filing no. 110) is granted.

(2) The defendant's motion for a reduction of sentence (filing no. 101) is denied. See filing no. 108.

(3) The Clerk of Court shall send a copy of this order and filing no. 108 to the defendant at his last known address.

Dated February 9, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge