IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:04CR3004 |
| | ) | |
| V. | ) | |
| | ) | |
| DENNIS C. TIMMERMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion to vacate and correct sentence (filing no. 113). Accordingly,

IT IS ORDERED that the government shall file an answer and a responsive brief no later than June 15, 2016.

DATED this 15th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge